IN THE US DISTRICT COURT FOR THE WESTERN DISTRICT OF
TENNESSEE AT MEMPHIS

| | |
|---|---|
| **MIKE PARSONS** | ) |
| | )   # |
| VS. | ) |
| | )   **DEMAND FOR JURY TRIAL** |
| MIKE DUNAVANT | ) |
| NEIL OLDUM | ) |
| JOHN & JANE DOE 1-99 | ) |

## COMPLAINT OF CONSPIRACY TO VIOLATE PLAINTIFF'S CIVIL RIGHTS
### TITLE 42 SECTION 1983 USC

COMES NOW, Mike Parsons and presents the following complaint of civil right violations against him.

On or about July 08, 2008, District Attorney for the twenty fifth judicial district, Mike Dunavant, his assistant Neal Oldham and others did conspire to deprive Mike Parsons of his liberty by falsely presenting to the Grand Jury and or otherwise cause the indictment of Mr. Parsons various charges in an effort to cause him to be arrested, force to pay a bond and face imprisonment. Proof would show the defendants did conspire with malice and forethought, intentionally and malicious act against Mr. Parsons.

This Court has jurisdiction pursuant to title 42 section 1983 USC.

The plaintiff prays for relief in the form of punitive, compensatory damages and any other relief as this court deems proper.

Respectfully Submitted;

**Mike Parsons Propria Persona**
**P.O. BOX 655**
**Arlington Tennessee 38002**
**901-353-6453**

**Service of Process instituted on this 8th day of July 2009.**