IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| Mike Parsons ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs, ) | No. 09-2437-JDM/tmp |
| ) | |
| MIKE DUNAVANT, et, al., ) | |
| NEAL OLDHAM ) | |
| ) | |
| Defendants, ) | |

NOTICE OF APPEAL OF: JUDGEMENT AND ORDER OF DISMISSAL, CERTIFYING APPEAL NOT TAKEN IN GOOD FAITH AND NOTICE OF INTENT TO PROCEED IN FORMA PAUPERIS TO THE SIXTH CIRCUIT COURT OF APPEALS

Comes Now, Plaintiff, Mike Parsons, Pro Se, an inmate at the West Tennessee State Prison and hereby gives Notice of Appeal in the above named case to the 6th Circuit Court of Appeals for the United States at Cincinnati Ohio from the Order of the United States District Court for Dismissal, Certifying Appeal Not taken in Good Faith, Order filed on March 10, 2010 and Judgement filed on March 15, 2010 and both being received by plaintiff, Mike Parsons on March 24, 2010.

Pursuant to Fed.R.App.P.25(a)(2)(C), this Notice is filed via the institution's internal mail system for handling legal mail this 19th day of April, 2010 and is therefore a timely filed notice.

Respectfully Submitted April 19, 2010

Mike Parsons (Pro Se)
WTSP 463753
P.O. Box 1150
Henning, Tennessee 38041-1150

CERTIFICATE OF SERVICE

I, Mike Parsons, hereby certify that the aforegoing has been served upon the US District Court Clerk for the Western District of Tennessee, Western Division and the US 6th Circuit Court of Appeals this 1|th day of April, 2010, via the West Tennessee State Prison internal mail system with first class postage paid. In compliance with 28 U.S.C. §1746, I state the same is true and correct.

Mike Parsons (Pro Se)
WTSP 463753

Mike Parsons
WTSP 463753
P.O. Box 1150
Henning, Tennessee 38041-1150

April 19, 2010

RECEIVED
10 APR 28 PM 12: 36
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

To:
Thomas M. Gould
Clerk of the court.
US District Court Western District at Memphis
Federal Building, Room 234
167 North Main Street
Memphis, Tennessee 38103

Greetings,

   Please find a Notice OF APPEAL herein attached for CASE, No. 09-2437-JDT/tmp. Please file said notice and certify the remaining copies and forward to the defendants and to the clerk of the court of appeals with the 6ht Circuit Court of Appeals as required in Fed. R. App. P. 3(d) and date the filing as specified in Fed. R. App. P. 4(c) , Fed. R. App. P. 25(a)(2)(C) and 28 U.S.C. §1746. Please return a file stamped copy to me at the above address on the enclosed envelope.

In His Service,

Mike Parsons
Plaintiff


Mike Dunavant, District Attorney for the 25th Judicial District in Tipton County
Defendant

Neal Oldham, Assistant District Attorney for the 25th Judicial District in Tipton County
Defendant